UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP ANTHONY CAMPAGNA, <br><br> Defendant. | CASE NO. CR21-5404 BHS <br><br> ORDER |

This matter comes before the Court on Mr. Phillip Campagna's Motion for Early Termination of Probation. Dkt. 5. The motion is denied. Although the underlying convictions for possession of unregistered firearms might be considered as "regulatory in nature" as characterized by defense counsel, *id.* at 3, Mr. Campagna's prior criminal history involved two convictions; one involving the illegal use of a firearm and the other involving the illegal possession of a firearm, *id.* at 4. If, after completing two of his five years of probation, Mr. Campagna can demonstrate full compliance with the conditions of his probation, he may renew his motion and the Court will likely grant it.

Therefore, it is hereby **ORDERED** that Mr. Campagna's Motion for Early Termination of Probation, Dkt. 5, is **DENIED**.

1    Dated this 3rd day of January, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge