UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>PHILLIP ANTHONY CAMPAGNA,<br><br>                     Defendant. | CASE NO. CR21-5404 BHS<br><br>ORDER |

This matter is before the Court on Defendant Phillip Campagna's renewed motion for early termination of probation. Dkt. 12.

Following Campagna's guilty plea to two counts of possession of unregistered firearms, the Honorable Susan P. Watters of the District of Montana sentenced Campagna to five years of probation. Dkt. 2-1. His probation term began July 8, 2021, and is set to expire on July 7, 2026. Dkt. 1. Jurisdiction was transferred to this District on December 13, 2021. *Id.*

In December 2022, Campagna moved for early termination of probation, which the Court denied. Dkts. 8, 9. The Court stated that if, "after completing two of his five years of probation," Campagna remained fully compliant with the conditions of his

probation, the Court would likely grant a renewed motion for early termination of probation. Dkt. 9.

Campagna renews his request for early termination of probation. Dkt. 12. He states he has been violation-free for over four years and five months. *Id.*

The Government opposes Campagna's request due to his "concerning criminal history." Dkt. 14.

Probation similarly opposes Campagna's motion request because of a "violent conviction in his history," though it commends his success on supervision thus far. Dkt. 13 at 2.

The Court concludes that early termination of probation is appropriate. Compliance with the conditions of supervision for an extended period demonstrates rehabilitation and the possibility of early termination provides incentive to defendants to do well on supervision. Campagna has demonstrated sustained compliance with the terms of his supervision before renewing his motion for early termination of supervision. The Court commends Campagna on achieving a stable community and home environment.

Campagna's motion for early termination of supervision is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2024

BENJAMIN H. SETTLE
United States District Judge